# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129614

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM JERMICHAEL CARTER,
      Defendant-Appellant.

SC: 129614
COA: 260369
Kent CC: 99-004389-FC

_____/

      On order of the Court, the application for leave to appeal the August 16, 2005 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties are directed to file supplemental briefs within 42 days of the date of this order addressing: (1) whether defendant is entitled to resentencing, and (2) whether this Court's statement in *People v Francisco*, 474 Mich 82, 89, n 8 (2006), that resentencing is not required where the trial court clearly indicates that it would have imposed the same sentence regardless of the scoring error, applies to situations where the trial court so concludes only after the original sentencing proceeding.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2006

_____
Clerk

d0606